**Order entered July 18, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00706-CV

### IN RE ROBERT LOUIS CHUBB, Relator

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-368-W-304**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable William A. Mazur, Judge of the 304th Judicial District Court, to **VACATE** his April 26, 2013 "Order Denying Motion to Transfer" and to **RENDER** an order granting the motion to transfer the case to Van Zandt County.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of his order issued in compliance with this order.

We **ORDER** that relator recover his costs of this original proceeding from real parties in interest.

/s/     ROBERT M. FILLMORE
JUSTICE